# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-11-00701-CV

**Terry Christopher Bounds, Appellant**

**v.**

**David Fernea; Bounds and Pinto Marketing, Inc.; and Austrends, Inc., Appellees**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 250TH JUDICIAL DISTRICT
### NO. D-1-GN-07-003874, HONORABLE GISELA D. TRIANA, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

The parties have filed an agreed joint motion advising this Court that they have reached a full and final settlement agreement and requesting that we vacate the district court's judgment, dismiss the case in its entirety, order that each party bear its own costs of appeal, and order that this Court's mandate issue immediately. We grant the motion, reinstate the appeal, vacate the district court's judgment, and dismiss the case. *See* Tex. R. App. P. 18.1(c), 42.1(a)(2)(A), 43.2(e), 43.6.

_____

Bob Pemberton, Justice

Before Chief Justice Jones, Justices Pemberton and Goodwin

Vacated and Cause Dismissed on Joint Motion

Filed:   May 2, 2014